FILED
Monday, 17 March, 2008 11:59:55 AM
Clerk, U.S. District Court, ILCD

MAR 17 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED DISTRICT COURT FOR THE
_CENTRAL_ DISTRICT OF _Illinois_
_____ DIVISION

EARNEST WASHINGTON                    CRIMINAL #: 99-10009-001

VS.

UNITED STATES OF AMERICA,

MOTION UNDER TITLE U.S.C. §3582(c)(2) AND U.S. SENTENCING GUIDELINES 1B1.10(c) FOR REDUCTION OF SENTENCE BASE ON 2007 AMENDMENT 706 WHICH BECAME EFFECTIVE ON MARCH 3rd, 2008, AND CAUSED A TWO-LEVEL REDUCTION IN BASE OFFENSE LEVEL FOR COCAINE BASE/CRACK:

COMES NOW the petitioner, EARNEST WASHINGTON, acting on his own behalf and REQUESTS this Honorable Court to use its discretion and GRANT him the relief provided in the 2008 Guideline Amendment 706. Amendment 706 modified the drug quantity thresholds in the drug quantity table so as to assign for crack cocaine(cocaine base) offenses base offense levels corresponding to guideline ranges that include the statutory minimum penalties.

Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned to a base offense level of 24 (at Criminal History Category of I), and 50 grams of cocaine base are assigned a base offense level of 30 (at Criminal Hi9tory Category I).

THEREFORE, base on the following information, petitioner qualifies for the two level reduction in his sentence and REQUEST THAT RELIEF BE GRANTED.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF <u>Illinois</u>

UNITED STATES OF AMERICA,

V.                                          CRIMINAL/f <u>99-10009-001</u>

<u>Earnest W. Washington</u>

MOTION FOR MODIFICATION OF SENTENCE:

NOW COMES, the petitioner, above-named, pro Se and in accordance with 18 U.S.C. §3582(c)(2) respectfully moves hereby for a modification of his current sentence. This motion is primarily based on Amendment 706 to the United States Sentencing Guidelines, inter alia. The Amendment was declared retroactive by the U.S. Sentencing Commission on December 11, 2007. The accompanying Memorandum is incorporated as set forth more fully herein.

RESPECTFULLY SUBMITTED THIS <u>MARCH</u> day of <u>12</u>, 2008.

/s/ <u>Earnest Washington</u>

Dear Judge McDade

I'm writing this letter to notify you of this letter I recieved from the U.S Probation office. I'm not sure if I write you to appoint me counsel but I am 100 percent sure that you'll send me in the right direction. Thank you for all you've done and giving me a second chance at life.

Sincerly
Earnest Washington