REQUEST FOR APPOINTED COUNSEL

I am _Earnest Washington_ and I am unable to afford counsel for the purpose of making a motion to the court to review my sentence under the RETROACTIVE GUIDELINE AMENDMENT.

I hereby request that counsel be appointed by the court to assist me.

99-10009

Date 3/12/08 .            Respectfully Submitted:

/s/ _Earnest Washington_

REQUEST TO PROCEED:

I am _Earnest Washington_ and hereby request the United States District Court, District of _Illinois_, to proceed with consideration of my case for a modified term of imprisonment as a result of the Amendment Guideline Range issued by the United States Sentencing Commission effective November 1, 2007, to USSG §2D1.1., and made retroactive by USSG §1B1.1O., effective March 3, 2008.

I also understand that I have no right to be present at a hearing regarding the reduction of my sentence.

Date: 3/12/08          /s/ _Earnest Washington_

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PROBATION DIVISION



RICHARD J. CARROLL
Chief U.S. Probation Officer

Please Reply To: Peoria

February 14, 2008

Mr. Ernest Wayne Washington
Reg. No. 11687-026
MED FCI Petersburg
P.O. Box 90043
Petersburg, VA 23804

Dear Mr. Washington:

The United States Sentencing Commission recently amended the guideline for crack cocaine offenses by reducing the base offense level by two levels. The Commission voted to make the amendment retroactive effective March 3, 2008, which means that defendants who have already been sentenced may benefit from the amendment. Not all defendants who are serving a sentence for a crack cocaine case are eligible for a sentence reduction under the amended guideline.

Our office has made a brief review of your case and initial indicators are that you **MAY** be eligible for a sentence reduction. However, it is for the Court to make that determination. Should you decide to pursue a sentence reduction, you should first contact your attorney who will be able to give you further advice. **If you file a motion for a sentence correction, a Federal Public Defender will be appointed to represent you.**

Please do not contact the United States Probation Office as we cannot offer you any legal advice.

Sincerely,

*Richard J. Carroll*

RICHARD J. CARROLL
Chief U.S. Probation Officer

RJC:tm

---

127 U.S. Courthouse
201 South Vine
Urbana 61802-3348
Tel: 217-373-5851
Fax: 217-373-5860

100 N.E. Monroe
Suite 314
Peoria 61602-1051
Tel: 309-671-7031
Fax: 309-671-7231

235 U.S. Courthouse
211 19th Street
Rock Island 61201-8074
Tel: 309-793-5784
Fax: 309-793-5879

108 U.S. Courthouse
600 East Monroe
Springfield 62701
Tel: 217-492-4215
Fax: 217-492-4218