IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 99-cr-10009-001 |
| | ) | Joe Billy McDade |
| v. | ) | United States District Judge, |
| | ) | Presiding |
| EARNEST WAYNE WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION
OF TIME TO FILE AMENDED MOTION TO REDUCE SENTENCE**

NOW COMES the Defendant, EARNEST WAYNE WASHINGTON, by his court appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois, and Karl W. Bryning, Assistant Federal Public Defender, and moves this Honorable Court for a 30-day extension of time to file the Defendant's Amended Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), and in support thereof, states as follows:

1. This Motion is made pursuant to Fed. R. Crim. P. 45(b)(1)(A).

2. The Defendant intends to file an Amended Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), in reliance upon Amendment #706 to

the United States Sentencing Guidelines as made retroactive by Amendment #711.

3.   Administrative Order No. 08-U-0005, entered on February 13, 2008 by Michael P. McCuskey, Chief United States District Judge, provides that petitioners shall have 30 days from March 3, 2008 to file an amended motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2).

4.   Discussions with the government are ongoing relative to the Defendant's intention to seek a reduction of his sentence.

5.   The parties require additional time to investigate and attempt to negotiate an amicable disposition of this matter.

WHEREFORE, the Defendant, EARNEST WAYNE WASHINGTON respectfully prays this Honorable Court to grant a 30-day extension of the deadline to file his Amended Motion to Reduce Sentence.

>    Respectfully submitted,
>
>    EARNEST WAYNE WASHINGTON,
>    Defendant,
>
>    RICHARD H. PARSONS, Chief Federal
>    Public Defender,
>
>    By:   s/ Karl W. Bryning

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney K. Tate Chambers.

                      s/ Karl W. Bryning
                      _____
                      KARL W. BRYNING

                      Attorney for Defendant

                      Assistant Federal Public Defender

                      401 Main Street, Suite 1500

                      Peoria, Illinois 61602

                      Phone: 309/671-7891

                      Fax: (309) 671-7898

                      E-mail: karl_bryning@fd.org