FILED

APR - 7 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 07 April, 2008 02:02:37 PM
Clerk, U.S. District Court, ILCD

HONORABLE                    Mc DADE.

99-10009

This MATERIAL is pertaining

to my consideration for

A time Reduction. Thank you

Sincerly
Earnest
Washington



# Earnest Washington

has successfully completed the requirements for
the Adult Continuing Education course

## Personal Finance
at FCI - Waseca, MN

August 7, 2003

J. Hamel, Adult Continuing Education Coordinator

# Career Development

## Earnest Washington

has successfully completed the requirements for
the Adult Continuing Education course

Career Development

at FCI Waseca, Minnesota.

August 11, 2003

J. Happe, Adult Continuing Education Coordinator

# Earnest Washington

Has successfully completed the
Adult Continuing Education class titled

## Real Estate
at FCI - Waseca, MN

November 18, 2003



J. Harper, Adult Continuing Education Coordinator



