## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Case No. 99-10009-001 |
| ) | |
| EARNEST WAYNE WASHINGTON,     ) | |
| ) | |
| Defendant.     ) | |

## O R D E R

Before the Court is the Amended Motion to Reduce Sentence [Doc. 33] pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing Defendant's term of imprisonment. The motion is GRANTED.

IT IS HEREBY ORDERED that the sentence of imprisonment is hereby REDUCED to 120 months or "time served" as of April 23, 2008, and is subject to the provisions of U.S.S.G. §1B1.10(b)(2)(C), in no event less than the term of imprisonment already served. All other terms of the extant judgment to remain in force.

The Clerk is directed to enter the Order Regarding Motion for Reduction Pursuant to 18 U.S.C. § 3582(c)(2). IT IS FURTHER ORDERED that the Order for "time served" be stayed for ten (10) days from the date of entry pursuant to the request of the Bureau of Prisons to allow for the formulation of a release plan.

ENTERED this  23rd  day of April, 2008.

                                                s/Joe B. McDade
                                              JOE BILLY McDADE
                                            United States District Judge