AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
APR 2 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America )
v. )
ERNEST WAYNE WASHINGTON ) Case No: 99-10009-01
 ) USM No: 11687-026
Date of Previous Judgment: 10/30/2001 ) Karl Bryning
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **141** months **is reduced to** **time served**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 33          Amended Offense Level: 32
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 235 to 293 months   Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Order for "time served" is stayed for ten (10) days from the date of entry pursuant to the request of the Bureau of Prisons and is subject to the prohibition contained in USSG, Section 1B1.10(b)(2)(c).

Except as provided above, all provisions of the judgment dated  10/30/2001  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/25/2008

Effective Date: 5/9/08
(if different from order date)

s/ Joe B. McDade
Judge's signature

Joe B. McDade, US District Judge
Printed name and title